

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE – OPELOUSAS DIVISION

| | |
|---|---|
| TROY PRINCE, TERRY JAMES, SHAWN DELCAMBRE AND MAJOR REED | Civil Action No. 09-1070 |
| versus | Judge RICHARD T. HAIK |
| W P S, INC., ET AL | MAGISTRATE JUDGE ~~MILDRED METHVIN~~ HANNA |

### ORDER CERTIFYING CLASS

Considering Plaintiffs' Motion for Class Certification and the Joint Stipulation of the Parties;

IT IS ORDERED that the referenced matter is certified as a class action pursuant to Fed. R.Civ. P. 23(b)(3) and that the class is defined as follows:

> All "affected employees" who suffered an "employment loss" as a result of a "mass layoff," as those terms are defined under the Worker Adjustment and Retraining Notification Act (WARN), on or about February 4, 2009, or within 30 days of February 4, 2009, including but not limited to those persons listed on Schedule 3.01 to the Asset Purchase Agreement by and among Louisiana Machinery Company, L.L.C. and B&W Realty (Purchaser) and WPS, Inc. (Seller) dated on or about February 4, 2009, provided those persons qualify as "affected employees" under WARN.

IT IS FURTHER ORDERED that Morrow, Morrow, Ryan and Bassett be appointed Class Counsel in this matter.

Lafayette, Louisiana this 3rd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE