

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 8/26/10

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE – OPELOUSAS DIVISION

| | |
|---|---|
| TROY PRINCE, TERRY JAMES, SHAWN DELCAMBRE AND MAJOR REED | Civil Action No. 09-1070 |
| versus | Judge RICHARD T. HAIK |
| W P S, INC., ET AL | MAGISTRATE JUDGE MILDRED METHVIN |

**ORDER PRELIMINARILY APPROVING STIPULATION OF SETTLEMENT AND SCHEDULING A FAIRNESS HEARING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(e)**

Based on the Joint Motion (the "Motion") submitted by WPS, Inc. and Louisiana Machinery Company, LLC ("Defendants") and Troy Prince, Terry James, Shawn Delcambre and Major Reed ("Plaintiffs") and the Class Members in the above captioned action for (A) an Order (1) Preliminarily Approving Stipulation of Settlement between Defendants and Plaintiffs regarding certain class claims under the Worker Adjustment and Retraining Notification Action 29 U.S.C. §§2101-2109 (the "WARN Act") pursuant to Rule 23(e) of the Federal Rules of Civil Procedure; (2) Approving the Form and Manner of Notice of Class Action and Notice of Proposed Settlement to Class Members; and (3) Scheduling a Final Fairness Hearing for Approval of the Settlement; and (B) an Order Finally Approving the Settlement Including Class Counsel's Request for Fees and Costs Following the Fairness Hearing submitted by the Plaintiffs and the Defendants; and the Court having considered the Motion, the arguments of counsel and any opposition thereto; and the Court having found that proper notice of the Motion has been given and that no other future notice is required, except as set forth herein; and that the relief

1

requested in the Motion is appropriate to resolve the significant and complex issues raised by this litigation and to avoid the burden, uncertainty, delay, expense and distraction of litigation;

**IT IS HEREBY ORDERED THAT:**

The Stipulation of Settlement is preliminarily approved, subject to final approval at the Fairness Hearing;

The Notice to Class Members in the form attached as Exhibit B to the Stipulation of Settlement is hereby approved.

On or before August 28, 2010, Special Master Robert F. Dampf shall cause to be served by United States Mail copies of the Notice of Class Action and Notice of Proposed Settlement of Class Action and Fairness Hearing to Class Members, substantially in the form annexed to the Stipulation of Settlement as Exhibit B to the Class Members at their last known home addresses.

On or before ten (10) days after the mailing of the Notice of Class Action and Notice of Proposed Settlement to Class Members, Special Master Robert F. Dampf, will file and serve a statement under oath constituting proof of such mailing.

A Fairness Hearing to consider whether the proposed settlement is fair, reasonable and adequate to the Class and to consider the award of attorneys' fees and costs to Class Counsel is hereby scheduled for October 25, 2010 at 9:30 a. m. before the Honorable Richard T. Haik, at the United States District Court for the Western District of Louisiana, 800 Lafayette Street, Courtroom 1, Lafayette, LA.

Dated: _Aug 26th_, 2010.

_____
UNITED STATES DISTRICT JUDGE